IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN ALLEN WAGNER,<br><br>Defendant. | Case No. CR 18-87-BLG-SPW<br><br>ORDER EXTENDING BRIEFING SCHEDULE AND RESETTING SUPPRESSION HEARING |

Upon the parties' Joint Motion for Extension of Time to File Responsive Briefs and to Continue Suppression Hearing (Doc. 25), and for good cause appearing,

**IT IS HEREBY ORDERED** that the United States' Response to the Motion to Suppress and Supplement (Docs. 15 and 22) is due **November 1, 2018.**

**IT IS FURTHER ORDERED** that the Suppression Hearing, currently set for October 24, 2018 at 10:30 a.m., is **VACATED** and **RESET** for **Wednesday, November 7, 2018 at 1:30 p.m.**

The Clerk of Court is directed to notify counsel and the U.S. Marshals Service of the entry of this Order.

Dated this 2nd day of October, 2018.

SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE